UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Comprehensive Collections as
Assignee for Immanuel Lutheran
School, Judgment Creditor,

Plaintiff,

vs.                                                               ORDER

Philip R. Anderson,

Defendant.                    Civ. No. 09-2690 (JNE/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond

L. Erickson, and after an independent review of the files, records and proceedings in the above-

entitled matter, it is --

ORDERED:

1.      That this case is summarily remanded to the Minnesota District Court for Cass

County,  for lack of subject matter jurisdiction.

2.      That the Defendant's Application to proceed in forma pauperis [Docket No. 2] is

denied as moot.

BY THE COURT:


DATED: 1-27-10                              s/ Joan N. Ericksen
                                           Judge Joan N. Ericksen
                                           United States District Court